**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

Dated: May 26, 2010



_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-07320

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

IN RE:

Allen L. Farrow
    Debtor.
_____
Wells Fargo Bank, N.A.
    Movant,
  vs.

Allen L. Farrow, Debtor, Gayle E. Mills, Trustee.

    Respondents.

No. 4:09-BK-23991-EWH

Chapter 7

ORDER

(Related to Docket #41)

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

    LOT 171. OF SIX, RANCH, ACCORDING TO THE PLAT OF RECORD IN, THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET C, SLIDE 120, EXCEPT l/16TH OF ALL OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES , HELIUM OR
OTHER SUBSTANCES OF GASEOUS NATURE, COAL, METALS. MINERAL, FOSSILS, FERTILIZER
OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THOURIUM OR ANY

    IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

